Original

COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

Name: HUNTER           JOHN           DOUGLAS
      (Last)           (First)

Prisoner Number: T25250

Institutional Address: SAN-QUENTIN PRISON
                       100 MAN-ST / SAN-QUENTIN-CA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN D. HUNTER
(Enter your full name.)

vs.

MIKE SOKOLOFF, INDIVIDUALLY
M. HUTAILA, INDIVIDUALLY

(Enter the full name(s) of the defendant(s) in this action.)

Case No. CV 14 5031 JST
(Leave blank; to be provided by Clerk of Court)

COMPLAINT UNDER THE
CIVIL RIGHTS ACT,
42 U.S.C. § 1983

## I. Exhaustion of Administrative Remedies.

*Note:* You must exhaust available administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.

A. Place of present confinement  SAN-QUENTIN PRISON

B. Is there a grievance procedure in this institution?  YES ☒  NO ☐

C. If so, did you present the facts in your complaint for review through the grievance procedure?  YES ☒  NO ☐

D. If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue any available level of appeal, explain why.

   1. Informal appeal: BY-PASS
      SEE ATTACHED EXHIBIT A + B

COMPLAINT Page 1 of 4

2. First formal level: By PASS _____

_____

_____

3. Second formal level: SQ HC 1203734 / Medical (Exhibit B)
Submitted 11-20-2012, Denied 1-9-2013
12-03791 - 1-9-2013 - Granted in part (Exhibit - A)

4. Third formal level: Submitted 1-10-13 / Denied 7-24-13 (Exhibit
Log Case 12-03791 - Denied Sep-03-2013 (Exhibit A)   D)

_____

E. Is the last level to which you appealed the highest level of appeal available to you?
   YES ☑   NO ☐

F. If you did not present your claim for review through the grievance procedure, explain why.
   N/A

_____

## II. Parties.

A. Write your name and present address. Do the same for additional plaintiffs, if any.
   John D. Hunter
   100 Main St. / San-Quentin Prison
   San-Quentin - CA 94974

B. For each defendant, provide full name, official position and place of employment.
   Mike Sokoloff, Register Nurse, Employed
   (at) San-Quentin Prison

   M. Hutaila, Correctional Officer, Employed
   (at) San-Quentin Prison

COMPLAINT Page 2 of 4

## III. Statement of Claim.

State briefly the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

(SEE ATACHED)

## IV. Relief.

Your complaint must include a request for specific relief. State briefly exactly what you want the court to do for you. Do not make legal arguments and do not cite any cases or statutes.

ATACHED

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Signed this 3 day of November, 2014

John D. Hunter
(Plaintiff's signature)

*Please continue to the next page.*

COMPLAINT *Page 3 of 4*

## MAGISTRATE JUDGE JURISDICTION

Please indicate below by checking **one** of the two boxes whether you choose to consent or decline to consent to magistrate judge jurisdiction in this matter. Sign this form below your selection.

☐ **Consent to Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment.

**OR**

☒ **Decline Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment.

Signed this 3 day of Nov, 2014

*(Plaintiff's signature)*

## Jurisdiction & Venue

This is a civil action authorized by 42 U.S.C. Section 1983 to redress the deprivation, under color of state law of rights secured by the constitution of the United States.

The court has jurisdiction under 28 U.S.C. Section 1331 and 1343 (a)(3) Plaintiff seeks declaratory relief pursuant to 28 U.S.C. Section 2201 and 2202.

The U.S. District Court, Northern District is an appropriate venue under 28 U.S.C Section 1391 b(2) because it is where the events giving rise to this claim occurred.

### Plaintiff

Plaintiff, John Douglas Hunter, is and was at all times mentioned here-in a prisoner of the State of California in the custody of the California Dept of Corrections. He is currently confined in San-Quentin prison in San-Quentin-California.

III. STATEMENT OF CLAIM AND (OR) FACTS:

I) ON ABOUT 11-19-2012, I WAS BEING TRANSFER FROM SOLONO STATE PRISON (TO) SAN-QUENTIN. WHILE IN SAN-QUENTIN INTAKE FACILITY LOCATED IN THE MEDICAL SCREENING DEPT, I WAS ESCORTED BY CORRECTIONAL OFFICER M. HUTALLA TO A OFFICE (OR) ROOM IN WHICH REGISTER NURSE MALE NAME MIKE SOKOLOFF WAS WAITING, TO INTERVIEW ME AND GIVE ME MY PRESCRIBE MEDICATION.

II) AS HE BEGIN THE INTERVIEW C/O M. HUTALLA LEFT THE ROOM, BUT SAT OUTSIDE THE DOORWAY. DURING THE INTERVIEW THIS (R.N) MIKE SOKOLOFF PRODUCED A BAG OF MEDICATION THAT HE SAID WAS FOR ME, AND TOOK 3 CAPSULE OUT OF THE BAG, WHICH WAS MY DILANTIN FOR SEIZURES PLACED THEM IN A CUP ON HIS DESK NEAR ME FOR ME TO TAKE, WHICH I TOLD HIM THAT I'LL ONLY TAKE MY DILANTIN, BUT NOT THE OTHER MEDICATION HE HAD, AS I WAS WAITING FOR SOME WATER TO TAKE MY DILATIN THAT SAT ON THE CORNER OF THE DESK BEFORE ME. HE THEN SAID THAT I HAVE TO TAKE ALL THE MEDICATION HAD IN HIS HAND (OR)

CONTINUED —

1. None of it, I responded by saying
2. I'm gonna take my seizure medication
3. and that's it. Which I took the cup
4. off the table which my medication
5. was in, and placed for me to take.
6. As I attempted to put them in my
7. mouth, Mike the (R.N) jump up and
8. started to choke me trying to pre-
9. vent me from swalling my pills
10. while I was sitting down.
11. (III) Then C/O Huttalla runs into the room
12. Mike steps back as Huttalla trys the
13. same thing and then trys to ~~take~~
14. pry my hands open, in search of my
15. meds, which I already swallen.
16. A hour (or) two later I'm taken to
17. isolation (or) what the prison calls the
18. hole, and falsely accused of assault
19. on a peace officer, when they jointly
20. assaulted me, cause injury to my
21. knees and lower back. During this
22. assault on my person, which (also) has caused
23. mental and psychological damage, from
24. this incident which I remained in the
25. hole for about 5 (or) 6 months, until
26. the warden demanded my release.

## DEFENDANTS

Defendant M. Hutalla is a correctional officer of the California Department of Corrections, who, at all times mentioned in this complaint, held the rank of Guard, and was assigned to San-Quentin Prison.

Defendant Mike (or) Michael Sokoloff is a Register Nurse of the California Dept of Corrections who at all times mentioned in this complaint, held the position of (R.N) and was assigned to San-Quentin Prison.

Each defendant is sued individually and at all times mentioned in this complaint each defendant acted under the color of state law.

## EXHAUSTION OF LEGAL REMEDIES

Plaintiff John D. Hunter, used the prisoner grievance procedure at San-Quentin to try to resolve the problem on, 11-25-2012 Plaintiff was sent a response saying the grievance had been denied (see Exhibit A) then on _____ plaintiff appealed that denial of the grievance to the Third (or) Directors final level, which was also denied.

LEGAL CLAIMS

Plaintiff re-alleges and incorporate by paragraphs, I, II, III.

1.) Defendant M. Hutalla, used of excessive force violates plaintiff's rights, and constitutes cruel and unusual punishment under the 8th Amendment of the U.S. Constitution.

2.) Defendant Mike Sokoloff also use of excessive force violates plaintiff rights and constitutes cruel and unusual punishment.

3. Defendant Mike Sokoloff deliberate indifference to plaintiff serious medical needs. Violates plaintiff rights and constitutes cruel and unusual punishment under the 8th Amendment, and denial of Due Process and Equal Protection under the 14th Amendment.

The plaintiff has no plain, adequate (or) complete remedy at law to redress the wrongs described herein. Plaintiff seeks declaratory relief pursuant to 28 U.S.C Section 2201 and 2202.

Prayer for Relief

Wherefore, Plaintiff Respectfully prays
that this court enter Judgement granting
Plaintiff:

A.) A Declaration that the Act and omiss-
ions Described Herein violated
Plaintiff's Rights under the constitution
and laws of the United States.

B.) compensatory Damages in the amount
of $250,000 against Each Defendant
Jointly and Severally

C.) Punitive Damages in the amount of
$200,000 against Each Defendant.

D.) A Jury Trial on all issues Triable
by Jury.

E.) Plaintiffs cost in this Suit

F.) Any Additional Relief this court Deem
Just, Proper, and Equitable.

Dated: 11-03-2014

Respectfully Submitted, By

John D. Hunter
Plaintiff
Pro-per

John D. Hunter
100 Main St
San-quentin-Ca
94974.

## VERIFICATION

I have read the foregoing complaint and hereby verify that the matters alleged there-in are true, except as to matters alleged on information and belief, and as to those, I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct.

Executed at San-Quentin, California on November 3rd - 2014

*John D. Hunter*

John D. Hunter
Plaintiff (In pro-per)

Clerk,

I've enclosed a S.A.S.E to mail my conform copy stamp with a DATE filed, Very important being I'm close to the deadline for filing. A case number would be great too!
(Also) If the summons I'm using aren't the courts choice, please send me what-ever I need ok! cause in prison were very limited. Anyway Thanks for your assistance :)

11-04-2014

John Hunter
T25250
San-Quentin

(P.S.)
(Also) The certification of funds from my prison account, which is 0, should be enclosed, I sent all this paper-work to own prison Trust office for certification which they don't like doing, and when they do it. Usually the legal work is delayed in mailing, that's why it's so important I get a confirmation on the date you recieve it ok! I mailed it to them on 11-04-2014 (see attached Inmate Request)

SUM-100

# SUMMONS
### (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

MIKE SOKOLOFF R.N./(RN) MTA INDIVIDUALLY.  / M. HUTALLA CORRECTIONAL OFFICER INDIVIDUALLY.

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

JOHN D. HUNTER

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

> **NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.
>
> You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.
>
> There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.
>
> *¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*
>
> *Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*
>
> *Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*

U.S. DISTRICT COURT NORTHERN DISTRICT
450 GOLDEN GATE AVE.
SAN FRANCISCO - CA 94102-3483

CASE NUMBER:
*(Número del Caso):*

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

JOHN HUNTER - T25250
100 MAIN ST./ SAN - QUENTIN
CA - 94974

DATE:                                    Clerk, by                              , Deputy
*(Fecha)*                              *(Secretario)* _____ *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons *(form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

   under: ☐ CCP 416.10 (corporation)         ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
*www.courtinfo.ca.gov*

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

Mike Sokoloff R.N. (en) MTA Individually / M. Hutalla Correctional Official Individually.

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

John D. Hunter

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

The name and address of the court is: U.S. District Court Northern District
*(El nombre y dirección de la corte es):* 450 Golden Gate Ave., San Francisco, CA 94102-3483

**CASE NUMBER:**
*(Número del Caso):*

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

John D. Hunter - T25250 100 Main St., San Quentin, CA 94974

**DATE:** *(Fecha)*  **Clerk, by** *(Secretario)* _____, **Deputy** *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons *(form POS-010)*.)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)*:
3. ☐ on behalf of *(specify)*:
   under: ☐ CCP 416.10 (corporation)     ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)     ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership)     ☐ CCP 416.90 (authorized person)
          ☐ other *(specify)*:
4. ☐ by personal delivery on *(date)*:

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov