UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOUGLAS HUNTER,<br><br>   Plaintiff,<br><br> v.<br><br>MIKE SOKOLOFF, et al.,<br><br>   Defendants. | Case No. 14-cv-05031-JST (RMI)<br><br>**REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING** |

  A settlement conference was held on June 25, 2018 at San Quentin State Prison, and the results of that proceeding are indicated below:

  (1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

   ( X ) Plaintiff, John Douglas Hunter, Pro Se.

   (  ) Warden or warden's representative

   ( X ) Office of the California Attorney General: Heewon Heidi Seo, Marisa Y. Kirschenbauer, and Anne Waddell.

   (  ) Other:

  (2) The following individuals, parties, and/or representatives did not appear:

_____

  (3)  The outcome of the proceeding was:

   (  ) The case has been completely settled. The parties agree that a proposed stipulated order for dismissal of this case will be filed with the Court on _____.

   (  ) The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved. The issues outlined on the sheet

attached remain for this Court to resolve.

( X ) The parties are unable to reach an agreement at this time.

**IT IS SO ORDERED.**

Dated: 6/25/2018

ROBERT M ILLMAN
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN DOUGLAS HUNTER,

    Plaintiff,

v.

MIKE SOKOLOFF, et al.,

    Defendants.

Case No. 14-cv-05031-JST (RMI)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 25, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John Douglas Hunter ID: #:T25250
San Quentin State Prison
100 Main Street, 5H-52
San Quentin, CA 94973

Dated: June 25, 2018

Susan Y. Soong
Clerk, United States District Court

By:
Gloria Knudson, Deputy Clerk to the
Honorable ROBERT M ILLMAN

3