UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOUGLAS HUNTER, <br> Plaintiff, <br> v. <br> MIKE SOKOLOFF, et al., <br> Defendants. | Case No. 14-cv-05031-JST <br><br> **ORDER REOPENING CASE; APPOINTING PRO BONO COUNSEL; SETTING CASE MANAGEMENT CONFERENCE; DIRECTIONS TO CLERK** |

Plaintiff, a state prisoner incarcerated at San Quentin State Prison and proceeding *pro se*, filed this civil rights complaint pursuant to 42 U.S.C. § 1983. Per order filed August 23, 2018, the Court referred Plaintiff to the Federal Pro Bono Project ("FPBP") to find a volunteer attorney to represent him. ECF No. 82. FPBP has informed the Court that attorneys Jennifer Seraphine (State Bar No. 245463), Louis Wai (State Bar No. 295089), and Joshua Rayes (State Bar No. 316208) of Turner Boyd, 702 Marshall Street, Suite 640, Redwood City, California 94063 have agreed to serve as appointed pro bono counsel for Plaintiff in this action. The Court is grateful for the firm's interest and commitment and, good cause shown, APPOINTS Jennifer Seraphine, Louis Wai, and Joshua Rayes of Turner Boyd as counsel for Plaintiff in this matter pursuant to 28 U.S.C. § 1915(e)(1). The scope of this referral shall be for all purposes for the duration of this case.

The Clerk shall reopen this case and set this matter for a case management conference on **October 31, 2018** at **2:00 p.m.** All proceedings in this action are stayed until that time. The purpose of the stay is to permit volunteer counsel sufficient time to meet and interview Plaintiff and review the case file. In light of the appointment of counsel for him and Plaintiff's custodial status, Plaintiff need not attend the case management conference. The parties shall file a joint case management statement no later than seven calendar days before the case management conference.

The Clerk shall add Plaintiff's appointed counsel to the docket. Counsel shall be familiar with General Order No. 25 and the Federal Pro Bono Project Guidelines posted on the Court's website. The Clerk shall also serve a copy of this order upon Plaintiff and upon counsel for both parties. The Clerk shall also send a copy of this order to FPBP.

**IT IS SO ORDERED.**

Dated: September 12, 2018



JON S. TIGAR
United States District Judge