# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOUGLAS HUNTER,<br><br>Plaintiff,<br><br>v.<br><br>MIKE SOKOLOFF, et al.,<br><br>Defendants. | Case No. 14-cv-05031-JST<br><br>**ORDER GRANTING STIPULATED MOTION TO AMEND COMPLAINT**<br><br>Re: ECF No. 92 |

The parties' stipulated motion to allow Plaintiff John Douglas Hunter to file a third amended complaint is granted. ECF No. 92. Hunter shall file his third amended complaint no later than December 14, 2018.

**IT IS SO ORDERED.**

Dated: December 7, 2018

JON S. TIGAR
United States District Judge