Jennifer Seraphine (SBN 245463)
seraphine@turnerboyd.com
Louis Wai (SBN 295089)
wai@turnerboyd.com
TURNER BOYD LLP
702 Marshall Street, Suite 640
Redwood City, CA 94063
Telephone: 650.521.5930
Facsimile: 650.521.5931

*Attorneys for Plaintiff John Douglas Hunter*

Xavier Becerra
Attorney General of California
Marisa Y. Kirschenbauer
Supervising Deputy Attorney General
Jeffrey T. Fisher, State Bar No. 303712
Jeffrey.Fisher@doj.ca.gov
Deputy Attorney General
Heewon Heidi Seo, State Bar No. 302021
Heidi.Seo@doj.ca.gov
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 510-3620
Fax: (415) 703-5843

*Attorneys for Defendant Sokoloff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN DOUGLAS HUNTER,<br><br>   Plaintiff,<br><br> v.<br><br>M. SOKOLOFF,<br><br>   Defendant. | Case No. 14-CV-05031-JST<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO SERVE DISCOVERY RELATING TO AUTHENTICITY AND ADMISSIBILITY OF EVIDENCE**<br><br>Judge: The Hon. Jon S. Tigar<br>Trial Date: December 9, 2019 |

   Plaintiff John Douglas Hunter and Defendant M. Sokoloff have stipulated to extend the close of fact discovery deadline from the current deadline of June 7, 2019 to August 2, 2019 (same day as expert discovery cut-off), solely for discovery relating to authenticity and admissibility of the evidence in this case (including, for example, discovery relating to custodians and business records, discovery relating to authenticity, discovery related to source and chain of custody of produced documents and things). This extension does not apply to other discovery not relating to authenticity and admissibility of the evidence in this case.

This extension allows the parties the necessary time to meet and confer about stipulating to the authenticity and admissibility of evidence in this case, thereby avoiding or reducing discovery on non-parties, including, for example, custodians of records at the CDCR.

Dated: April 29, 2019

/s/ Louis Wai

Jennifer Seraphine (SBN 245463)
seraphine@turnerboyd.com
Louis Wai (SBN 295089)
wai@turnerboyd.com
TURNER BOYD LLP
702 Marshall Street, Suite 640
Redwood City, CA 94063
Telephone: 650.521.5930
Facsimile: 650.521.5931

*Attorneys for Plaintiff John Douglas Hunter*

Dated: April 29, 2019

/s/ Heidi Seo

Xavier Becerra
Attorney General of California
Marisa Y. Kirschenbauer
Supervising Deputy Attorney General
Jeffrey T. Fisher, State Bar No. 303712
Jeffrey.fisher@doj.ca.gov
Deputy Attorney General
Heewon Heidi Seo, State Bar No. 302021
Heidi.Seo@doj.ca.gov
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 510-3620
Fax: (415) 703-5843

*Attorneys for Defendant Sokoloff*



IT IS SO ORDERED
Judge Jon S. Tigar
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dated: May 1, 2019

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), the undersigned filer of this document certifies that concurrence in the filing of this document has been obtained from each of the other signatories.

/s/*Louis Wai*

**SO ORDERED.**

Dated: _____
UNITED STATES DISTRICT JUDGE